IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMTIN S. SABET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04 C 8285 |
| | ) | |
| NORTHWESTERN UNIVERSITY, | ) | Judge Gettleman |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

## STIPULATION TO DISMISS

This Stipulation to Dismiss is made pursuant to Rule 41 of the Federal Rules of Civil Procedure. All matters in controversy having been settled and resolved between the parties, Plaintiff, RAMTIN S. SABET, and Defendant, NORTHWESTERN UNIVERSITY, acting through their respective attorneys, stipulate that the Court should dismiss Plaintiff's lawsuit against Defendant, with prejudice and without costs, each party to pay its own attorney's fees:

The Court is requested to retain jurisdiction of this matter for the enforcement of the Settlement Agreement.

Date: 9-30-05

_____
Robert J. Kartholl, One of the Attorneys
for Plaintiff, RAMTIN S. SABET

Robert J. Kartholl
Law Offices of Robert J. Kartholl
105 E. Irving Park Road
Itasca, IL 60143
(630) 760-4627
Attorney No. 1408011

_____
Joseph E. Tilson, One of the Attorneys
for Defendant, NORTHWESTERN
UNIVERSITY

Joseph E. Tilson
Anneliese Wermuth
Meckler Bulger & Trilson, LLP
123 North Wacker Drive, Ste, 1800
Chicago, Illinois 60606
(312) 474-7900

## CERTIFICATE OF SERVICE

I, Anneliese Wermuth, an attorney, state under oath that I caused a copy of the foregoing **Stipulation to Dismiss** to be served upon the following attorney, via U.S. Mail, first class postage prepaid and deposited at 123 North Wacker Drive, Chicago, Illinois this 3rd day of October, 2005.

>Robert J. Kartholl
>Law Offices of Robert J. Kartholl
>105 E. Irving Park Road
>Itasca, IL  60143

_____
Anneliese Wermuth

O:\7144\pleading\cos.doc